# WINDSOR COUNTY.

### PARKER

*vs.*

### PARKER.

## PETITION FOR DIVORCE.

Exception was taken, that the citation in this case was not signed by a Judge of this Court, but by a Justice of the Peace.

Petition dismissed.